IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL MARKETING CONSULTANTS, LLC, a Florida limited liability company, MARTIN PRAEGER, and MARK SCHERMER,<br><br>            Plaintiffs,<br><br>    v.<br><br>CARDIAC TELECOM CORPORATION, a Pennsylvania Corporation, and LEE EHRLICHMAN,<br><br>            Defendants. | Civ. Action No.06-00274<br><br>Judge Donetta W. Ambrose<br>Magistrate Judge Caiazza |

### MEMORANDUM ORDER

On March 8, 2006, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On May 31, 2007 the magistrate judge issued a Report and Recommendation (Doc. 38) regarding the Plaintiffs' Motion for Preliminary Injunction (Doc. 5). The magistrate judge recommended that the Motion be denied.

Service of the Report and Recommendation was made on the parties. No objections were filed.

After a review of the pleadings and documents in the case,

together with the Report and Recommendation, the following ORDER is entered:

AND NOW, this  20th  day of June 2007 IT IS HEREBY ORDERED that the Defendants' Motion for Preliminary Injunction (Doc. 5) is **DENIED**.

The Report and Recommendation of Magistrate Judge Caiazza dated May 31, 2007 (Doc. 38) is hereby adopted as the opinion of the court.

Donetta W. Ambrose
United States District Judge

cc:

Francis X. Caiazza

Counsel of Record
Via Electronic Mail