IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEDICAL MARKETING CONSULTANTS, LLC, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action Nos. 06-18, 06-274<br>) |
| v. | ) Chief Judge Ambrose<br>) Magistrate Judge Caiazza<br>) |
| CARDIAC TELECOM CORPORATION, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Having been duly notified that Cardiac Telecom Corporation has filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code,[1] and pursuant to Section 362 thereof, the claims against this Defendant are **STAYED**. In addition, the Plaintiffs' Motions (**Doc. 34 in Civil Action No. 06-18** and **Doc. 47 in 06-274**) to dismiss with prejudice the claims against the only remaining Defendant, Lee Ehrlichman, are **GRANTED**.

Consistent with these rulings, this case is hereby **ADMINISTRATIVELY CLOSED**. *See generally, e.g.*, Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code").

---

[1] *See* Notice of Bankr. Case Filing in In re Cardiac Telecom Corp., Case No. 07-25499-JKF (W.D. Pa. Bankr. Aug. 31, 2007) (attached as Ex. A to Doc. 32 in Civ. Action No. 06-18).

THESE THINGS ARE SO ORDERED on this  18th  day of  Sept , 2007.

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief U.S. District Court Judge

cc (via first-class U.S. Mail):

James S. Anderson
President and CEO
Cardiac Telecom Corporation
212 Outlet Way, Suite 1
Greensburg, PA  15601

John M. Steiner, Esq.
Leech, Tishman, Fuscaldo & Lampl, LLC
525 William Penn Place, 30th Floor
Pittsburgh, PA  15219
    Counsel for Cardiac Telecom Corporation,
    In re Cardiac Telecom Corp., Case No. 07-25499-JKF
    (W.D. Pa. Bankr. Aug. 31, 2007)

cc (via email):

Scott D. Livingston, Esq.
Stephen S. Zubrow, Esq.
Moira E. Cain-Mannix, Esq.